Decided September 15, 2004

## STATE OF CONNECTICUT *v.* WILLIAM FARNUM

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 83 Conn. App. 326 (AC 24025), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the evidence was insufficient to prove that the defendant was the perpetrator of a robbery of the Farmington Avenue branch of the American Savings Bank in New Britain on January 24, 2002?"

The Supreme Court docket number is SC 17254.

*Margaret Gaffney Radionovas*, senior assistant state's attorney, in support of the petition.

*Joaquina Borges King*, special public defender, in opposition.

Decided September 15, 2004